IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:22-cv-00298-FL |
| Plaintiff, | ) | |
| | ) | **CONSENT JUDGMENT** |
| v. | ) | |
| | ) | |
| MARK MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the consent and agreement of Plaintiff, the United States of America, and Defendant, Mark Mills, it is hereby Ordered, Adjudged, and Decreed that:

Judgment is entered in favor of the United States of America and against Mark Mills for his unpaid federal income tax liabilities for tax years 2008, 2009, 2010, 2014, and 2015 owed in the amount of **$1,080,006** as of January 16, 2023, plus the statutory interest and additions to tax that have accrued thereafter according to law.

It is so ordered.

Entered this 11th day of May, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

Consented to:

MARK MILLS
Defendant

*/s/ with permission*  Dated: May 2, 2023
JUSTIN MOYER
8015-105 Creedmoor Road
Raleigh, North Carolina 27613
Phone: (919) 846.6779
Fax: (919) 846.5775
Email: jmoyer@murraymoyer.com
N.C. State Bar No.
*Attorney for Defendant*


DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/*  Dated: May 2, 2023
BENTON THOMAS MORTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-3342 (v)
202-514-6866 (f)
Benton.T.Morton@usdoj.gov
*Counsel for the United States*